# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01675-CMA-CNS

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

v.

VOSS ENTERPRISES, INC.,
ROY URBAN VOSS,
MAURICE BLANKINSHIP, and
ANGELA BLANKINSHIP,

    Defendants.

## DEFAULT AND FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Default Judgment of Judge Christine M. Arguello entered on March 2, 2015 it is

ORDERED that judgment is entered in favor of Plaintiff Nautilus Insurance Company and against Defendants Voss Enterprises, Inc. and Roy Urban Voss. Additionally, it is

FURTHER ORDERED that Plaintiff is not obligated to defend or indemnify Voss Enterprises, Inc. or Roy Urban Voss under the commercial lines insurance policy, no. NN214714, in connection with the lawsuit filed by the Blankinship Defendants against Voss Enterprises, Inc., Roy Urban Voss and Michael Lee Koonce, Jr., styled *Maurice Blankinship and Angela Blankinship v. Voss Enterprises, Inc., d/b/a The Boomerang Bar,*

*Michael Lee Koonce, Jr., and Roy Urban Voss*, case no.12CV235, District Court, Fremont County, State of Colorado ("Underlying Litigation"). Additionally, it is

FURTHER ORDERED that Doc. # 20 (Plaintiff's Motion for Summary Judgment) is DENIED AS MOOT.

Dated at Denver, Colorado this 3rd day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

Sandra Hartmann
Deputy Clerk